

Peter J. Fazio
Phone (212) 593-5458
Fax (212) 593-6970
pjfazio@arfdlaw.com

September 21, 2020

**VIA ECF**

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attention: The Honorable Judge Nicholas G. Garaufis

Re: Wang, et al, v. Tesla, Inc.
    Our File No: 5460.001
    Civ No.: 20-cv-3040

Dear Judge Garaufis:

Our office has been retained to represent the interest of Tesla, Inc. ("Tesla") in the above referenced matter. Please permit this to serve as a status update.

On September 2, 2020 this Court issued a Docket Text Order that, in part, directed that Tesla respond to Plaintiffs' Amended Complaint by September 21, 2020. Please be advised that today Tesla filed a partial answer to the Amended Complaint and served upon Plaintiffs' counsel a motion pursuant to Federal Rule of Civil Procedure 12(b)(6) for Partial Dismissal of Plaintiffs' First Amended Complaint and to strike certain Paragraphs of the Plaintiffs' complaint pursuant to Rule 12(f).

Pursuant to this Court's September 2, 2020 Docket Text Order, the pre-answer motion will be filed after being fully briefed.

Should the Court require any additional information, please do not hesitate to contact the undersigned.

Very truly yours,
Aaronson Rappaport Feinstein & Deutsch, LLP

*Peter J. Fazio*

Peter J. Fazio

Attention: Honorable Judge Nicholas G. Garaufis
September 21, 2020
Re: Wang, et al, v. Tesla, Inc.

Cc: **VIA ECF & EMAIL**
Nelson Law, LLC
200 Park Avenue, #1700
New York, New York 10017
Attention: Michael R. Nelson and Stephanie Niehaus
nelson@nelson.legal
Stephanie.Niehaus@nelson.legal