

41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
Phone: 248.205.3300
Fax: 248.205.3399

Matthew G. Berard
Direct: 1.248.205.3348
Email: matthew.berard@bowmanandbrooke.com

February 2, 2021

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Wang v Tesla, Inc.*: 1:20-cv-3040-NGG-SJB;
Submission of Stipulation to Establish Briefing Schedule on Plaintiffs' Motion for Leave to File Second Amended Complaint

Dear Judge Garaufis:

    Plaintiffs and Tesla, Inc. respectfully requests that this court establish a briefing schedule pertaining to Plaintiffs' recently filed Motion for Leave to file Second Amended Complaint (dkt. 42) filed on January 21, 2021 and submits the enclosed stipulation for this Court's consideration.

    Specifically, the parties agree that Tesla's response be due on February 18, 2021 with Plaintiffs' reply due on March 18, 2021.

    Wherefore, Tesla respectfully requests that this Court enter the enclosed stipulated order to establish a briefing schedule and order that Tesla's response be due on February 18, 2021 and Plaintiffs' reply be due on March 18, 2021.

    Sincerely,

    BOWMAN AND BROOKE LLP

    Matthew G. Berard

MGB/kt