**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**JING WANG and WAI-LEUNG CHAN,**

                *Plaintiffs,*

- against -

**TESLA, INC.,**

                *Defendant.*

Civ. Action No. 1:20-cv-03040

---

## CERTIFICATE OF SERVICE

Pursuant to the Court's April 14, 2021 Order, I hereby certify that a true and accurate copy of the Letter Motion to Compel Mobileye, Inc. (ECF No. 52) and all exhibits to same were served on Mobileye, Inc's counsel via email on April 13, 2021. A copy of that email is attached as Exhibit A. Please advise if the Court requires something further to comply with the Court's Order.

Respectfully submitted,

By: s/ *Michael R. Nelson*
    Michael R. Nelson
    Stephanie E. Niehaus
    Jessica Bradburn Loucks (pro hac vice)
    NELSON NIEHAUS LLC
    200 Park Avenue, #1700
    New York, NY 10017
    212-457-1668
    nelson@nelson.legal
    stephanie.niehaus@nelson.legal
    jessica@nelson.legal

*Attorneys for Plaintiffs*