# Jessica Loucks

| | |
|---|---|
| **From:** | Jessica Loucks |
| **Sent:** | Tuesday, April 13, 2021 10:14 PM |
| **To:** | JHGray@perkinscoie.com |
| **Cc:** | Stephanie Niehaus; Mike Nelson |
| **Subject:** | Wang v. Tesla, Inc.; E.D.N.Y Case No. 20-cv-3040 |
| **Attachments:** | ECF No 52-3 Ex C.pdf; ECF No 52-4 Ex D.pdf; ECF No 52-5 Ex E.pdf; ECF No 52-6 Ex F.pdf; ECF No 52-7 Ex G.pdf; ECF No 52 Letter MOTION to Compel Mobileye.pdf; ECF No 52-1 Ex A.pdf; ECF No 52-2 Ex B.pdf |

Mr. Gray:

Please see the attached that was filed today in the above captioned matter.

Jessica Loucks



**Jessica Bradburn Loucks**
Associate
**Nelson Niehaus LLC**
O: 212-457-1668
F: 646-766-9945
jessica@nelson.legal

nelson.legal

This e-mail may contain privileged, confidential, copyrighted or other legally protected information. If you are not the intended recipient (even if the e-mail address above is yours), you may not use, copy or retransmit it. If you have received this e-mail by mistake, please notify us by return e-mail, then delete. Thank you.