

200 Park Avenue
Suite 1700
New York, NY 10017
nelson.legal

**Michael R. Nelson**
C: 212 233 5083 • O: 212 457 1668
nelson@nelson.legal

October 13, 2021

**VIA ECF**

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Wang v. Tesla, Inc.*, **Case No. 20-cv-3040; Motion to Extend the Court's Scheduling Order**

Dear Magistrate Judge Bulsara:

Plaintiffs respectfully request that the Court extend the deadlines set forth in the Court's July 30, 2021 Order as follows:

| Current Deadline | Requested New Deadline | Event |
|---|---|---|
| October 15, 2021 | January 14, 2022 | Completion of all non-expert discovery |
| November 1, 2021 | February 1, 2022 | Plaintiff's expert reports to be completed |
| November 30, 2021 | February 28, 2022 | Defendant's expert reports to be completed |
| January 30, 2022 | April 29, 2022 | Plaintiff's experts must be produced for deposition |
| February 28, 2022 | May 31, 2022 | Defendant's expert must be produced for deposition |
| February 28, 2022 | May 31, 2022 | Completion of all discovery; parties to submit a joint certification that discovery has been completed |
| March 18, 2021 | June 17, 2022 | Last date to take the first step in dispositive motion practice |

This request for extension is not for purposes of delay but is made in good faith, as the parties have been awaiting several rulings on pending motions with potential impact on the scope of discovery

and expert development, including for example Plaintiffs' Objections to the May 12, 2021 Discovery Order, which bears directly on the scope of discovery. Moreover, Plaintiffs' legitimate discovery efforts have been stymied by Tesla's ongoing delay. For example, Plaintiffs re-noticed Tesla's corporate representative on marketing topics on September 3, 2021, noticing the deposition for September 23, 2021 but expressly stating that Plaintiffs will work with Tesla on a mutually agreeable date for the deposition. See Ex. A. Despite multiple follow-up communications, Tesla has yet to provide available dates for the deposition. On September 20, 2021, Tesla objected to two depositions noticed by Plaintiffs on September 3, 2020, prompting Plaintiffs to file a letter motion to compel those depositions (which is being filed contemporaneously with this letter motion). Similarly, Plaintiffs served a limited Second Request for Production of Documents on September 7, 2021, requesting "[a]ny and all Documents and/or Data related to the Vehicle that is responsive to the NHTSA letter". Tesla responded stating that it cannot yet respond because its response to NHTSA is not due until October 22, 2021 – which is beyond the current fact discovery deadline. See Ex. B. Likewise, Tesla's production of the data set from the subject vehicle's SD card remains outstanding – despite Plaintiffs' continued follow-up communications regarding the same and Tesla's agreement to produce this data since January 2021 (nearly a 10-month delay). Despite conferring with Tesla's counsel on a short extension to the Scheduling Order to accommodate the long overdue discovery items, Tesla declined to consent. Tesla's outstanding document productions as well as the outstanding depositions are paramount to not only fact discovery but also expert development and thus a short extension to the current Scheduling Order is warranted.

Respectfully submitted,

Michael R. Nelson

cc: All counsel of record (via ECF)