

**Bowman and Brooke** LLP
Attorneys at Law

41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
Phone: 248.205.3300
Fax: 248.205.3399

Matthew G. Berard
Direct: 1.248.205.3348
Email: matthew.berard@bowmanandbrooke.com

August 9, 2022

VIA ECF

Judge Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Wang v Tesla, Inc.*: 1:20-cv-3040-NGG-SJB; Joint Motion to Extend Court's Scheduling Order

Dear Judge Gonzalez:

The parties have resolved this matter and are in the process of finalizing the precise terms of the closing documents. As such, the parties jointly request all deadlines currently set by the Court, specifically ECF No. 88 requiring Plaintiffs' Response to Tesla, Inc.'s Motion for Summary Judgment and Motions to Strike by August 12, 2022 and Tesla, Inc.'s Reply by August 24, 2022, to be adjourned at least 30 days.

Sincerely,

BOWMAN AND BROOKE LLP

Matthew G. Berard

MGB/mb
To: All Parties Via ECF

www.bowmanandbrooke.com

25236857v1